No. 02–10038. TENNARD *v.* DRETKE, DIRECTOR, DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.

C. A. 5th Cir. [Certiorari granted, 540 U. S. 945.] Motion of petitioner for appointment of counsel granted. Richard Burr, Esq., of Houston, Tex., is appointed to serve as counsel for petitioner in this case.